UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., et al.,<br><br>　　　　　Defendants. | Case No.   14-cv-00334-YGR   (VC)<br><br>**RELATED CASE ORDER** |

　　　　Pursuant to Civil Local Rule 3-12, this case is reassigned to Judge Chhabria, as it is related to 13-cv-05222, an earlier filed case pending before him. The pending motion to dismiss and to strike (Docket No. 16), currently scheduled for hearing on June 3, 2014, is rescheduled for hearing on **May 29, 2014** at 1:30 pm. in Courtroom 4, 17th Floor in San Francisco.

　　　　**IT IS SO ORDERED.**

Dated: May 20, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge