1 | SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
2 | jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
3 | gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
4 | jorzano@seyfarth.com
560 Mission Street, 31st Floor
5 | San Francisco, California 94105
Telephone:    (415) 397-2823
6 | Facsimile:    (415) 397-8549

7 | Attorneys for Defendants
WHOLE FOODS MARKET CALIFORNIA, INC.,
8 | and MRS. GOOCH'S NATURAL FOOD MARKETS,
INC.

9

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13

14 | MARY GARRISON and GRACE
GARRISON, individually, and on behalf of all
15 | others similarly situated,

16 | Plaintiffs,

17 | v.

18 | WHOLE FOODS MARKET CALIFORNIA,
INC., MRS. GOOCH'S NATURAL FOODS
19 | MARKET, INC., WHOLE FOODS MARKET
ROCKY MOUNTAIN/SOUTHWEST, L.P.,
20 | and WHOLE FOODS MARKET PACIFIC
NORTHWEST, INC.,
21
22 | Defendants.

Case No. 4:14-CV-00334 VC

**STIPULATION TO CONTINUE JULY 8, 2014 CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**

Date:      July 8, 2014
Time:      10:00 a.m.
Judge:     Hon. Vince Chhabria
Courtroom: 10, 19th Floor

23 | Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON,

24 | individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one

25 | hand, and Defendants WHOLE FOODS MARKET CALIFORNIA, INC. and MRS. GOOCH'S

26 | NATURAL FOOD MARKETS, INC. (collectively "Defendants"), by and through their

27 | undersigned counsel, hereby stipulate as follows:

28

WHEREAS, on May 29, 2014, the Court scheduled a case management conference for July 11, 2014 (Dkt. 29).

WHEREAS, on June 18, 2014, the Court re-set the case management conference for July 8, 2014 (Dkt. 34).

WHEREAS, Defendants' lead counsel will be travelling out of state and unavailable July 8, 2014.

WHEREAS, the parties have met and conferred and Plaintiffs do not oppose Defendants' request to continue the case management conference to July 22, 2014 or the next available date convenient for the Court;

IT IS THEREFORE STIPULATED that:

1.      The July 8, 2014 case management conference shall be continued to July 22, 2014 or the next available date convenient for the Court.

IT IS SO STIPULATED.

DATED: June 20, 2014                    SEYFARTH SHAW LLP

                                        By: /s/ Joseph J. Orzano
                                            Jay W. Connolly
                                            Giovanna A. Ferrari
                                            Joseph J. Orzano

                                        Attorneys for Defendant
                                        WHOLE FOODS MARKET CALIFORNIA,
                                        INC. and MRS. GOOCH'S NATURAL FOOD
                                        MARKETS, INC.

DATED: June 20, 2014                    SCOTT COLE & ASSOCIATES, APC

                                        By: /s/ Courtland W. Creekmore
                                            Matthew R. Bainer
                                            Molly a. DeSario
                                            Courtland W. Creekmore

                                        Attorneys for Plaintiffs
                                        MARY GARRISON and GRACE
                                        GARRISON, individually and on behalf of all
                                        other similarly situated

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    1.    The July 8, 2014 case management conference is continued to July 22, 2014 at 10 a.m.

    2.    A Joint Case Management Statement shall be filed on or before July 15, 2014.

DATED: June 24, 2014

_____
HON. VINCE CHHABRIA
United States District Court Judge

17493325v.1