SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
WHOLE FOODS MARKET CALIFORNIA, INC.,
and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., MRS. GOOCH'S NATURAL FOODS MARKET, INC., WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P., and WHOLE FOODS MARKET PACIFIC NORTHWEST, INC.,<br><br>Defendants. | Case No. 4:14-CV-00334 VC<br><br>**STIPULATION AND [PROPOSED]**<br>**INITIAL SCHEDULING ORDER** |

Pursuant to Local Rule 7-12, Plaintiffs MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one hand, and Defendants WHOLE FOODS MARKET CALIFORNIA, INC. and MRS. GOOCH'S NATURAL FOOD MARKETS, INC. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

///

1. WHEREAS, on July 29, 2014, the Parties appeared for a case management conference before the Court.

2. WHEREAS, at the case management conference, the Parties discussed with the Court an updated proposed initial litigation schedule to include an initial phase of fact discovery directed to information necessary to prepare for a private mediation.

3. WHEREAS, after hearing from the Parties, the Court requested that the Parties submit a stipulation and proposed initial scheduling order consistent with the Parties' proposal.

IT IS THEREFORE STIPULATED that:

1. The Parties shall exchange initial disclosures on or before August 18, 2014;

2. The Parties shall have until December 15, 2014 to engage in an initial phase of written fact and document discovery focused on information necessary to prepare for mediation and complete the deposition of Plaintiffs;

3. The Parties shall participate in a private mediation on or before February 2, 2015; and

4. The Parties shall appear for a further case management conference if necessary on February 10, 2015 or as soon thereafter as is convenient for the Court, with a Joint Case Management Conference Statement due no later than one week before the Conference.

IT IS SO STIPULATED.

DATED: August 1, 2014                                SEYFARTH SHAW LLP

By: _____
    Jay W. Connolly
    Giovanna A. Ferrari
    Joseph J. Orzano

Attorneys for Defendant
WHOLE FOODS MARKET CALIFORNIA, INC. and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

DATED: August 1, 2014                    SCOTT COLE & ASSOCIATES, APC

By: _____
    Matthew R. Bainer
    Molly a. DeSario
    Courtland W. Creekmore

Attorneys for Plaintiffs
MARY GARRISON and GRACE GARRISON, individually and on behalf of all other similarly situated

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The Parties shall exchange initial disclosures on or before August 18, 2014;

2. The Parties shall have until December 15, 2014 to engage in an initial phase of written fact and document discovery targeted to information necessary to prepare for mediation and complete the depositions of Plaintiffs;

3. The Parties shall participate in a private mediation on or before February 2, 2015; and

4. The Parties shall appear for a Further Case Management Conference if necessary on February 10, 2015 or as soon thereafter as is convenient for the Court. An updated Joint Case Management Statement shall be due no later than one week before the Conference.

DATED: August 1, 2014                    _____
                                         HON. VINCE CHHABRIA
                                         United States District Court Judge

17675995v.2