SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendants
WHOLE FOODS MARKET CALIFORNIA, INC. and
MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., et al.,<br><br>Defendants. | Case No. 3:14-CV-00334-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION TO SCHEDULING ORDER** |

Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one hand, and Defendants WHOLE FOODS MARKET CALIFORNIA, INC. and MRS. GOOCH'S NATURAL FOOD MARKETS, INC. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 11, 2015, the Court entered a minute entry setting forth several case deadlines consistent with the Parties' most recent Joint Case Management Conference

1 Statement, including the requirement that the Parties submit a stipulated ESI Protocol or letter

2 brief outlining any dispute regarding the ESI Protocol by March 3, 2015.  (Dkt. 50.)

3      WHEREAS, Defendants have represented that since Defendants agreed to the proposed

4 schedule, the ESI specialist dedicated to this case became ill and was out of the office and indeed

5 hospitalized and as a result Defendants were delayed in preparing the draft ESI Protocol for

6 Plaintiffs' review and comment.  Defendants have since drafted a proposed ESI Protocol and

7 provided it to Plaintiffs for their review on March 2, 2015.

8      WHEREAS, Plaintiffs desire additional time to review and comment on Defendants'

9 proposed ESI Protocol and Defendant do not oppose Plaintiffs' request.

10      WHEREAS, the additional time the Parties seek to attempt to reach agreement on an ESI

11 Protocol without involvement by the Court will not alter any other case deadlines.

12      IT IS THEREFORE STIPULATED that:

13      1.    The deadline to submit a stipulated ESI Protocol or letter brief outlining any

14 dispute regarding the ESI Protocol is extended from March 3, 2015 to March 17, 2015.

15      2.    All other case deadlines remain unchanged.

16      IT IS SO STIPULATED.

DATED: March 3, 2015                    SEYFARTH SHAW LLP

                                        By: /s/ Joseph J. Orzano
                                            Jay W. Connolly
                                            Giovanna A. Ferrari
                                            Joseph J. Orzano

                                        Attorneys for Defendants
                                        WHOLE FOODS MARKET CALIFORNIA,
                                        INC. and MRS. GOOCH'S NATURAL FOOD
                                        MARKETS, INC.

DATED: March 3, 2015                    SCOTT COLE & ASSOCIATES, APC

                                        By: /s/ Molly A. Desario
                                            Matthew R. Bainer
                                            Molly a. DeSario

                                        Attorneys for Plaintiffs
                                        MARY GARRISON and GRACE
                                        GARRISON, individually and on behalf of all
                                        other similarly situated

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The deadline to submit a stipulated ESI Protocol or letter brief outlining any dispute regarding the ESI Protocol is extended from March 3, 2015 to March 17, 2015.

2. All other case deadlines remain unchanged.

DATED: March 5, 2015

HON. VINCE CHHABRIA
United States District Court Judge

19182373v.1