SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendants
WHOLE FOODS MARKET CALIFORNIA, INC. and
MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., et al.,<br><br>            Defendants. | Case No. 3:14-CV-00334-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION TO SCHEDULING ORDER** |

Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one hand, and Defendants WHOLE FOODS MARKET CALIFORNIA, INC. and MRS. GOOCH'S NATURAL FOOD MARKETS, INC. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 11, 2015, the Court entered a minute entry setting forth several case deadlines consistent with the Parties' most recent Joint Case Management Conference Statement, including the requirement that the Parties submit a stipulated ESI Protocol or letter

1  brief outlining any dispute regarding the ESI Protocol by March 3, 2015.  (Dkt. 50.)

2  WHEREAS, on March 5, 2015, at the request of the Parties, the Court extended the
3  March 3, 2015 deadline to March 17, 2015.

4  WHEREAS, the Parties continue to confer on issues pertaining to the draft ESI Protocol
5  and desire additional time to attempt to resolve their dispute without resorting to intervention
6  from the Court.

7  WHEREAS, the additional time the Parties seek to attempt to reach agreement on an ESI
8  Protocol will not alter any other case deadlines.

9  IT IS THEREFORE STIPULATED that:

10  1. Instead of filing a stipulated ESI Protocol or joint letter brief to the Court on or
11  before March 17, 2015, the Parties shall submit a stipulated ESI Protocol on or before March 24,
12  2015 to the extent the Parties resolve their dispute and are able to reach an agreement by that
13  time.

14  2. To the extent the Parties have not reached an agreement as to an ESI Protocol by
15  that time, the Parties shall provide an update on the progress of their efforts to the Court in their
16  updated Joint Case Management Conference Statement due to be filed on March 24, 2015, with a
17  proposed schedule for resolving the dispute.

18  3. All other deadlines remain unchanged.

19  IT IS SO STIPULATED.

20  DATED: March 16, 2015                                       SEYFARTH SHAW LLP

21                                                              By:  /s/ Joseph J. Orzano
22                                                                   Jay W. Connolly
                                                                     Giovanna A. Ferrari
23                                                                   Joseph J. Orzano

24                                                              Attorneys for Defendants
                                                                WHOLE FOODS MARKET CALIFORNIA,
25                                                              INC. and MRS. GOOCH'S NATURAL FOOD
                                                                MARKETS, INC.

26

27

28

DATED: March 16, 2015                SCOTT COLE & ASSOCIATES, APC

                                     By: /s/ Molly A. Desario
                                         Matthew R. Bainer
                                         Molly a. DeSario

                                     Attorneys for Plaintiffs
                                     MARY GARRISON and GRACE
                                     GARRISON, individually and on behalf of all
                                     other similarly situated

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Instead of filing a stipulated ESI Protocol or joint letter brief to the Court on or before March 17, 2015, the Parties shall submit a stipulated ESI Protocol on or before March 24, 2015 to the extent the Parties resolve their dispute and are able to reach an agreement by that time.

2. To the extent the Parties have not reached an agreement as to an ESI Protocol by that time, the Parties shall provide an update to the Court in their updated Joint Case Management Conference Statement due to be filed on March 24, 2015, with a proposed schedule for resolving the dispute.

3. All other deadlines remain unchanged.

DATED: March 18, 2015

_____
HON. VINCE CHHABRIA
United States District Court Judge

19277599v.1