SEYFARTH SHAW LLP
Jay W. Connolly (SBN 114725)
jconnolly@seyfarth.com
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendants
WHOLE FOODS MARKET CALIFORNIA, INC. and
MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., et al.,<br><br>Defendants. | Case No. 3:14-CV-00334-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION TO SCHEDULING ORDER** |

Pursuant to Local Rule 6-1(b), Plaintiffs MARY GARRISON and GRACE GARRISON, individually, and on behalf of all others similarly situated (collectively "Plaintiffs"), on the one hand, and Defendants WHOLE FOODS MARKET CALIFORNIA, INC. and MRS. GOOCH'S NATURAL FOOD MARKETS, INC. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 18, 2015, the Court ordered that the Parties submit a stipulated ESI Protocol on or before March 24, 2015 to the extent the Parties were able to reach an agreement by that time.  To the extent the Parties did not reach an agreement by that time, the

1  Court ordered the Parties to provide an update to the Court in their Updated Joint Case
2  Management Conference Statement.
3      WHEREAS, in the Parties Joint Updated Case Management Conference Statement, the
4  Parties indicated that they would be prepared to file a joint letter brief as to their dispute
5  regarding the development of a stipulated ESI Protocol on or before April 3, 2015.
6      WHEREAS, at the March 31, 2015 case management conference, the Parties discussed
7  with the Court their subsequent efforts to confer and agreed to file an ESI Protocol or joint letter
8  brief regarding any outstanding dispute as to the development of an ESI Protocol on or before
9  April 10, 2014.
10     WHEREAS, the Court requested the Parties submit a stipulation documenting the agreed
11 proposal.
12     IT IS THEREFORE STIPULATED that:
13     1.   Instead of filing a joint letter brief to the Court on or before April 3, 2015, the
14 Parties shall submit a stipulated ESI Protocol or joint letter brief as to any issues in dispute
15 regarding the development of an ESI Protocol on or before April 10, 2015.
16     2.   All other deadlines remain unchanged.
17     IT IS SO STIPULATED.

18 DATED: April 2, 2015                SEYFARTH SHAW LLP

                                      By: /s/ Joseph J. Orzano
                                         Jay W. Connolly
                                         Giovanna A. Ferrari
                                         Joseph J. Orzano

                                      Attorneys for Defendants
                                      WHOLE FOODS MARKET CALIFORNIA,
                                      INC. and MRS. GOOCH'S NATURAL FOOD
                                      MARKETS, INC.

DATED: April 2, 2015                    SCOTT COLE & ASSOCIATES, APC

                                            By:  /s/ Molly A. Desario
                                                    Matthew R. Bainer
                                                    Molly a. DeSario

                                          Attorneys for Plaintiffs
                                          MARY GARRISON and GRACE
                                          GARRISON, individually and on behalf of all
                                          other similarly situated

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    1.    Instead of filing a joint letter brief to the Court on or before April 3, 2015, the Parties shall submit a stipulated ESI Protocol or joint letter brief as to any issues in dispute regarding the development of an ESI Protocol on or before April 10, 2015.

    2.    All other deadlines remain unchanged.

DATED: April 6, 2015

                                          HON. VINCE CHHABRIA
                                          United States District Court Judge

19551034v.1