UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GARRISON, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>    Defendant. | Case No. 13-cv-05222-VC |
| MARY GARRISON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-00334-VC<br><br>**ORDER OF DISMISSAL** |

    The Court has been advised by the Minute Order filed on June 7, 2016 that the parties have resolved this case by way of Settlement Conference.  (Re: Dkt. No. 106).  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

    The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice as to the named plaintiffs (but will remain without prejudice as to the proposed class members).

**IT IS SO ORDERED.**

Dated: June 8, 2016

_____

VINCE CHHABRIA<br>
United States District Judge